07-14-00413-CR



FILED
AUG 10 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

Dear Ms. Vinian,

I am writing to ask you if you will (Please) inform me as to a couple things...

I recently read a case cite HOLCOMB v STATE and it said that [I CANNOT BE CONVICTED ON NUMEROUS CASES....ALL ON THE SAME INDICTMENT]....Is this true? Will you please take a few minutes of your time to explain this issue to me? I am convicted for 75 years of my life and Im asking you to please just respond and let me know if this issue is true.

Im also very confused on how they enhanced on my case??

Most importantly, How is it even possible that Sport Fabbs GodMamma wrote us a note asking about money at trial?

LASTLY, I have written my lawyer all of this...as of this writing I have not even gotten a few line response...Plus I have information that I have another case out of Bexar County when I already have 75 years??

Im trying to start my post appellate proceedings. I have no other choice but could u please find it in your heart to respond to this letter and explain these things to me?

thank you & God Bless,

PS
Please Send
A Copy to my Lawyer
mr Griffin So he can
Put it on records
Please

X _Franklin Vealet_

Frederick Roberts #1962958
1697 Fm 980
Huntsville, TX 77343

Seventh Court of Appeals

Clerk

Vivian Long
P.O Box 9540
79105-9540

25 AUG 2015 PM 5 L

FOREVER USA